# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144045(77)(78)(79)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 144045
             COA: 297588
             Wayne CC: 07-007351-FC

TERRY WAYNE WILLIAMS,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's March 5, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for clarification of material facts or to settle the record is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

d0514

             Clerk